**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:19-CR- |
| | § | 00087-SDJ-BD-2 |
| JAMES ALVIN CROWDER | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Now before the court is the request for revocation of Defendant James Alvin Crowder's ("Defendant") supervised release. After the District Judge referred the matter to this court for a report and recommendation, the court conducted a hearing on April 10, 2026, to determine whether Defendant violated his supervised release. Defendant was represented by Brian O'Shea of the Federal Public Defender's Office. The Government was represented by Matthew Johnson.

Defendant was sentenced on August 13, 2020, before The Honorable Sean D. Jordan of the Eastern District of Texas after pleading guilty to the offense of Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Cocaine Base, a Class B felony. This offense carried a statutory maximum imprisonment term of 40 years and a statutory minimum imprisonment term of 5 years. The guideline imprisonment range, based on a total offense level of 29 and a criminal history category of IV, was 121 to 151 months. Defendant was subsequently sentenced to 84 months imprisonment followed by a 5-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, substance abuse testing and treatment, mental health testing and treatment, and a $100 special assessment. On January 31, 2025, Defendant completed his period of imprisonment and began service of the supervision term.

On March 25, 2026, the United States Probation Officer executed a First Amended Petition for Warrant or Summons for Offender Under Supervision (Dkt. #213, Sealed). The Petition asserts that Defendant violated two (2) conditions of supervision, as follows: (1) (mandatory) Defendant must not commit another federal, state or local crime; and (2) (mandatory) Defendant must not unlawfully possess a controlled substance. (Dkt. #213, at pp. 1–2, Sealed).

The First Amended Petition alleges that Defendant committed the following acts: (1) On March 12, 2026, in Denton, County Texas, Defendant is alleged to have committed the offense of Manufacture or Delivery of Methamphetamine Penalty Group 1 >= 4G < 200 G in violation of Texas Penal Code § 481.112. According to Denton County Sheriff's Office police reports, on or about March 2026, Defendant met with an individual, and the individual inquired about purchasing between four and two hundred grams of methamphetamine. He agreed to sell the methamphetamine to the individual. During the same week, Defendant met with the individual to sell the methamphetamine. As a result, Defendant was arrested and transported to the Denton County Jail. On March 13, 2026, Defendant was released on bond. On March 24, 2026, Defendant was arrested, and the charge remains pending in Denton County; and (2) On or about March 12, 2026, Defendant is alleged to have possessed methamphetamine. (Dkt. #213, at pp. 1-2, Sealed).

Prior to the Government putting on its case at the final revocation hearing, the Government moved to dismiss allegation (2). Defendant entered a plea of true to allegation (1) of the First Amended Petition. Having considered the First Amended Petition and the plea of true to allegation (1), the court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this court.

## <u>RECOMMENDATION</u>

Pursuant to the Sentencing Reform Act of 1984, the court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for an additional term of twenty-eight (28) months, with no term of supervised release to follow.

The court further recommends that allegation (2) of the First Amended Petition be dismissed.

The court also recommends that Defendant be housed in a Bureau of Prisons facility in Fort Worth, Texas, if appropriate.

**SIGNED this 10th day of April, 2026.**


_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE